**FILED** JUL 23 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADRIAN MOON,<br><br>    Petitioner,<br><br>    v.<br><br>P.L. VASQUEZ, Warden,<br><br>    Respondent. | Case No. CV 12-4971-RGK (MLG)<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: July 23, 2012

_____
R. Gary Klausner
United States District Judge